**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7791**

_____

ANTHONY RUSSELL WILLIAMS,

Plaintiff - Appellant,

versus

CAPTAIN MELITIS; LIEUTENANT FULLILOVE; C/O
CORRECTIONAL OFFICER GOODMAN; S. ADAMS,
Doctor,

Defendants - Appellees,

and

COUNTY OF PRINCE WILLIAM,

Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-00-159-AM)

_____

Submitted:  May 16, 2002                 Decided:  May 22, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Russell Williams, Appellant Pro Se.  David John Fudala,
Fairfax, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).


PER CURIAM:

Anthony Russell Williams appeals the order denying as untimely his motion to add additional parties.[*] The incident that gave rise to Williams' complaint occurred on January 18, 1998, and is subject to a two-year statute of limitations. Williams' motion, which was filed in June 2001, attempted to add parties after the expiration of the statute of limitations. That motion does not relate back to the original complaint, and is thus barred by the statute of limitations. See Intown Properties Management, Inc. v. Wheaton Van Lines, Inc., 271 F.3d 164, 170 (4th Cir. 2001).

We affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

———————

[*] This appeal was interlocutory when filed. However, because the district court entered final judgment prior to our consideration of this appeal, we have jurisdiction under the doctrine of cumulative finality. Equipment Fin. Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992).